UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CBT NUGGETS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>TRI NGUYEN, HUE NGUYEN, HUNG TRAN, JOHN CAST, MIKE SCHEWE, nicetodobusinesswithyou, examread, examworld@gmail.com, examgrand@gmail.com, hnt4585@gmail.com; hnt2937,<br><br>      Defendants. | Case No. 6:12-cv-00291-MC<br><br>**SPECIAL VERDICT FORM** |

## VERDICT FORM

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

1. Did plaintiff CBT Nuggets, LLC own the copyright to one or more of the video recordings it claims that defendants infringed?

   YES _____    NO _____

   If you answered "NO," your verdict is for defendants. Please have your presiding juror sign and date this form on the bottom of page 2.

2. If you answered "YES," to the previous question, did defendants commit an act of infringement with respect to one or more of the copyrighted video recordings owned by plaintiff CBT Nuggets, LLC?

   YES _____    NO _____

   If you answered "NO," your verdict is for defendants. Please have your presiding juror sign and date this form on the bottom of page 2.

3. If you answered "YES," to the previous question, do you find that defendants' infringement was committed willfully?

   YES _____    NO _____

   If you answered "NO," go directly to Question 5.

1

4. If you answered "YES," to the previous question, please answer both (a) and (b) below.

   (a) How many of the 22 videos alleged by CBT Nuggets, LLC to be infringed did defendants willfully infringe?

   _____ infringements.

   (b) What statutory damages do you award to CBT Nuggets, LLC for each willful infringement (up to $150,000 per infringement)?

   _____ per infringement.

5. Please answer both (a) and (b) below.

   (a) How many of the 22 videos alleged by CBT Nuggets, LLC to be infringed did defendants non-willfully infringe?

   _____ infringements.

   (b) What statutory damages do you award to CBT Nuggets, LLC for each non-willful infringement (up to $30,000)?

   _____ per infringement.

6. Please answer both (a) and (b) below:

   (a) How many of the 22 videos alleged by CBT Nuggets, LLC to be infringed did defendants innocently infringe?

   _____ infringements.

   (b) What statutory damages do you award to CBT Nuggets, LLC for each innocent infringement ($200 to $150,000)?

   _____ per infringement.

**Please have the Presiding Juror sign and date this form.**

_____
Presiding Juror

_____
(print Presiding Juror's name)

_____
Date